## PETER LARSON *v.* MATILDA LARSON
## (AC 27236)

Flynn, C. J., and DiPentima and Rogers, Js.

Argued December 4, 2006—officially released February 20, 2007

Per Curiam. The judgment is affirmed.

## ANDREW COOK *v.* COMMISSIONER OF
## CORRECTION
## (AC 26754)

Bishop, McLachlan and Gruendel, Js.

Submitted on briefs January 16—officially released February 20, 2007

Per Curiam. The appeal is dismissed.

## RAYMOND HAYLES *v.* COMMISSIONER OF
## CORRECTION
## (AC 26934)

Schaller, McLachlan and Gruendel, Js.

Argued January 12—officially released February 20, 2007

Per Curiam. The appeal is dismissed.